UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| KEVIN PHILLIPS, an individual,<br><br>    Plaintiff,<br>  vs.<br><br>C.R. BARD, INC., a foreign corporation, *et al.*,<br>    Defendant. | 3:12-cv-00344-RCJ-WGC<br><br>**MINUTES OF THE COURT**<br><br>October 3, 2012 |

PRESENT:  <u>THE HONORABLE WILLIAM G. COBB</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:  <u>  KATIE LYNN OGDEN  </u>  REPORTER: <u> NONE APPEARING      </u>

COUNSEL FOR PLAINTIFF(S): <u> NONE APPEARING                          </u>

COUNSEL FOR DEFENDANT(S): <u> NONE APPEARING                         </u>

**MINUTE ORDER IN CHAMBERS:**

   Before the court is Defendants' motion to reschedule the case management conference. (Doc. # 27.) Defendants represent their counsel received Plaintiff's draft of the joint case management Report on the morning of the date it was due to be filed. (*Id.* at 2.) Defendants assert the report needs revising and that there is insufficient time to do so prior to October 11, 2012, the date currently scheduled for the conference. (*Id*. at 3.) Defendants' counsel also express a desire to attend the conference in person because of certain disputed components of Plaintiff's draft of the report (*id*), and have indicated Defendants would reimburse Plaintiff's counsel any added travel expenses. (*Id*, at 4: Exh. B at 4.)

   Good cause appearing the October 11, 2012 Case Management Conference is vacated. Counsel for Defendants shall coordinate a joint conference call with Plaintiff's counsel and Courtroom Administrator, Katie Ogden (775-686-5758), no later than **Wednesday, October 10, 2012,** to schedule the case management conference to be held within **thirty (30) days thereafter**.

   The court assumes both Plaintiff's and Defendants' counsel will utilize this additional time to attempt to resolve any differences they may have with respect to the case management report. In that respect, counsel should be mindful of the "meet and confer" requirements of Local Rule 26-7(b), which the court deems applicable to discovery plans, scheduling proposals, case management reports, etc.

   **IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:  <u>      /s/                              </u>
          Deputy Clerk