# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| KEVIN PHILLIPS, an individual, | 3:12-cv-00344-RCJ-WGC |
| Plaintiff, | |
| vs. | **ORDER** |
| C.R. BARD, INC., a foreign corporation, BARD PERIPHERAL VASCULAR, INC., | |
| Defendants. | |

On January 6, 2014, Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. (collectively, Bard) filed an Emergency Motion for Protective Order Regarding Notice of Deposition for John H. Weiland. (Doc. # 126.)

Plaintiff served a notice of deposition for Mr. Weiland on December 6, 2013, scheduling the deposition for January 13, 2014. (Lerner Aff. at Doc. # 126-1 ¶ 3; Notice of Deposition at Doc. # 126-2.) Mr. Weiland is the President and Chief Operating Officer of defendant C.R. Bard, Inc. (*See* Weiland Aff. at Doc. # 126-3 ¶ 4.) Bard's counsel sent a letter objecting to the deposition on December 18, 2013. (Lerner Aff. at Doc. # 126-1 ¶ 5.) Bard's counsel, Mr. Lener, met and conferred with Plaintiff's counsel, Troy Brenes, by phone regarding the deposition notice of Mr. Weiland on December 19, 2013. (*Id*. ¶ 6.) Plaintiff would not agree to withdraw the deposition notice. (*Id*.) As a result, Bard filed the instant emergency motion because the matter cannot be resolved under the standard briefing schedule before the deposition is set to occur. (*Id*. ¶ 4.)

With good cause appearing, the deposition of Mr. Weiland, currently scheduled for

1  January 13, 2013, is **STAYED** pending the conclusion of briefing on Bard's emergency motion for
2  protective order and further order of this court. The court finds expedited briefing is appropriate and
3  sets the following briefing schedule with respect to Bard's emergency motion:
4  • Plaintiff's responsive brief must be filed on or before **January 17, 2014.**
5  • Bard's reply brief must be filed on or before **January 24, 2014**.
6  Once briefing is complete, the court, in its discretion, will either set the matter for hearing or
7  issue an order without conducting a hearing.

9  **IT IS SO ORDERED.**
10  **DATED:  January 7, 2014.**

_____
**WILLIAM G. COBB**
**UNITED STATES MAGISTRATE JUDGE**