**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KEVIN PHILLIPS,<br><br>                    Plaintiff,<br><br>          vs.<br><br>C.R. BARD, INC. et al.,<br><br>                    Defendants. | )<br>)<br>)<br>)<br>)          3:12-cv-00344-RCJ-WGC<br>)<br>)<br>)          **ORDER**<br>)<br>)<br>)<br>) |

This case arises out of an allegedly defective surgically implanted medical device.  The parties settled during trial.  The pending motions are therefore moot.

**CONCLUSION**

IT IS HEREBY ORDERED that the Motions (ECF Nos. 245, 279, 282, 287) are DENIED as moot.

IT IS SO ORDERED.

Dated this 9th day of February, 2015.

_____
ROBERT C. JONES
United States District Judge